# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cornish, Tom R. | U.S. Bankruptcy Court, ED OK | 07/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

P.O. Box 637
Okmulgee, OK 74447

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President/Owner | TRC Energy Company |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1977 | Oklahoma Employees Deferred Comp. Plan (Retirement Plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 07/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cornish, Tom R.** | 07/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEP, LPL Financial, Oklahoma City, OK: | | | | | | | | | |
| 2. (a) US Bank National Association | A | Interest | J | T | | | | | |
| 3. (b) Federated Kaufman Fund CL C | | None | | | Sold | 07/12/17 | K | | |
| 4. (c) Davis NY Venture FD CL C | | None | | | Sold | 06/15/17 | K | | |
| 5. (d) Davis NY Venture FD Cl A | B | Dividend | K | T | Buy | 06/15/17 | K | | |
| 6. (e) Federated Kaufmann Instl CL | C | Dividend | K | T | Buy | 07/12/17 | K | | |
| 7. | | | | | Sold (part) | 07/26/17 | J | A | |
| 8. | | | | | | | | | |
| 9. TOD, LPL Financial, Oklahoma City, OK: | | | | | | | | | |
| 10. (a) PIMCO Total Return Fund CL C | A | Dividend | | | Sold | 05/22/17 | M | A | |
| 11. (b) Blackrock Strategic Inc Opptys CL C | A | Dividend | | | Sold | 05/19/17 | J | A | |
| 12. (c) Europacific Growth CL C | A | Dividend | | | Sold | 06/21/17 | J | A | |
| 13. (d) Growth Fund of America CL C | | None | | | Sold | 06/21/17 | J | A | |
| 14. (e) MFS Value CL C | A | Dividend | | | Sold | 05/19/17 | J | A | |
| 15. (f) PIMCO High Yield CL C | A | Dividend | | | Sold | 07/10/17 | K | A | |
| 16. (g) PIMCO Real Return CL C | A | Dividend | | | Sold | 07/10/17 | K | A | |
| 17. (h) Prudential Short Term Corp Bond CL C | A | Dividend | | | Sold | 05/19/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. (i) Templeton Global Bond CL C | A | Dividend | | | Sold | 06/19/17 | K | A | |
| 19. (j) US Bank National Association | A | Interest | J | T | | | | | |
| 20. (k) Blackrock Strategic Income Opptys Instl Cl | A | Dividend | J | T | Buy | 05/19/17 | J | | |
| 21. (l) MFS Value Cl I | A | Dividend | J | T | Buy | 05/19/17 | J | | |
| 22. (m) Prudential Short Term Corp Bond Cl A | A | Dividend | J | T | Buy | 05/19/17 | K | | |
| 23. | | | | | Sold (part) | 05/22/17 | K | A | |
| 24. (n) iShares 1-3 Year Treasury Bond ETF | A | Dividend | K | T | Buy | 05/22/17 | K | | |
| 25. (o) iShares Core US Aggregate Bond ETF | B | Dividend | M | T | Buy | 05/22/17 | M | | |
| 26. (p) Hartford World Bond Cl I | A | Dividend | K | T | Buy | 06/19/17 | K | | |
| 27. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 28. (q) Europacific Growth Cl F2 | A | Dividend | J | T | Buy | 06/21/17 | J | | |
| 29. (r) Growth Fund of America Cl F2 | B | Dividend | J | T | Buy | 06/21/17 | J | | |
| 30. (s) Transamerica Short Term Bond Cl I | A | Dividend | | | Buy | 07/10/17 | K | | |
| 31. | | | | | Sold | 12/28/17 | K | A | |
| 32. | | | | | | | | | |
| 33. Retirement Acct, LPL Financial, Oklahoma City, OK: | | | | | | | | | |
| 34. (a) US Bank National Association | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. (b) Davis NY Venture CL C | | None | | | | | | | See note in Part VIII |
| 36. (c) Franklin Mutual Global Discovery CL C | | None | | | | | | | See note in Part VIII |
| 37. (d) Oppenheimer Global Strategic Income CL A | A | Dividend | | | | | | | See note in Part VIII |
| 38. (e) Western Asset Global Strategic Inc CL A | A | Dividend | | | | | | | See note in Part VIII |
| 39. (f) KBS Real Estate Invt TR III Inc | B | Dividend | K | T | | | | | |
| 40. (g) Industrial PPTY TR Inc | B | Dividend | K | T | | | | | |
| 41. | | | | | | | | | |
| 42. TRC Energy Company, LPL Financial, Oklahoma City, OK: | | | | | | | | | |
| 43. (a) Oppenheimer Strategic Inc Fund CL A | A | Dividend | J | T | Sold (part) | 02/28/17 | J | A | |
| 44. (b) JP Morgan US Government Money Market Fund | A | Dividend | | | Buy | 04/26/17 | N | | |
| 45. | | | | | Sold (part) | 05/23/17 | K | A | |
| 46. | | | | | Sold (part) | 05/25/17 | N | A | |
| 47. | | | | | Sold (part) | 07/11/17 | J | A | |
| 48. | | | | | Sold | 07/17/17 | L | A | |
| 49. (c) Hartford World Bond Cl I | A | Dividend | K | T | Buy | 05/22/17 | K | | |
| 50. (d) iShares Core MSCI EAFE ETF | A | Dividend | K | T | Buy | 05/22/17 | K | | |
| 51. (e) iShares 1-3 Year Treasury Bond ETF | A | Dividend | K | T | Buy | 05/22/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. (f) iShares Core US Aggragate Bond ETF | B | Dividend | M | T | Buy | 05/22/17 | M | | |
| 53. (g) Loomis Sayles Senior Floating Rate & Fixed INcome Cl Y | B | Dividend | K | T | Buy | 05/22/17 | K | | |
| 54. (h) Vanguard Total Stock Market ETF | A | Dividend | L | T | Buy | 05/22/17 | L | | |
| 55. (i) Barclays Bank Delaware | A | Interest | M | T | Open | 07/17/17 | L | | |
| 56. | | | | | | | | | |
| 57. Retirement Acct, LPL Financial, Oklahoma City, OK: | | | | | | | | | |
| 58. (a) Davis NY Venture CL C | | None | | | Sold | 05/24/17 | L | A | See note in Part VIII |
| 59. (b) Western Asset Global Strategic Inc CL A | A | Dividend | K | T | | | | | See note in Part VIII |
| 60. (c) Franklin Mutual Global Discovery CL C | | None | | | Sold | 05/24/17 | J | A | See note in Part VIII |
| 61. (d) Oppenheimer Global Strategic Income CL A | A | Dividend | J | T | | | | | See note in Part VIII |
| 62. (e) Davis NY Venture Cl Y | D | Dividend | L | T | Buy | 05/24/17 | L | | |
| 63. | | | | | Sold (part) | 10/05/17 | J | A | |
| 64. (f) Franklin Mutual Global Discovery Cl Z | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 65. (g) US Bank National Association | A | Interest | J | T | Open | 05/18/17 | J | | |
| 66. | | | | | | | | | |
| 67. Oklahoma Empl. Deferred Comp. Plan, Oklahoma City, OK: | | | | | | | | | |
| 68. (a) SoonerSave Stable Value Fund | | None | N | T | Buy (add'l) | 03/21/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Distributed (part) | 09/13/17 | K | | |
| 70. (b) T. Rowe Price Balanced Fund | A | Dividend | | | Buy (add'l) | 03/21/17 | J | | |
| 71. | | | | | Distributed (part) | 09/13/17 | J | | |
| 72. | | | | | Distributed (part) | 09/21/17 | J | | |
| 73. | | | | | Sold | 09/22/17 | J | A | |
| 74. (c) T. Rowe Price High-Yield | A | Dividend | | | Sold | 09/13/17 | J | A | |
| 75. (d) iShares S & P 500 Stock | B | Dividend | L | T | Buy (add'l) | 03/21/17 | J | | See note in Part VIII |
| 76. | | | | | Distributed (part) | 09/13/17 | J | | |
| 77. | | | | | Distributed (part) | 09/21/17 | J | | |
| 78. | | | | | Distributed (part) | 10/10/17 | J | | |
| 79. | | | | | Distributed (part) | 11/10/17 | J | | |
| 80. | | | | | Distributed (part) | 12/11/17 | J | | |
| 81. (e) T. Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | Buy (add'l) | 03/21/17 | J | | |
| 82. | | | | | Distributed (part) | 09/13/17 | J | | |
| 83. (f) Vanguard Target Retirement 2020 Inv | A | Dividend | J | T | Buy (add'l) | 03/21/17 | J | | |
| 84. | | | | | Distributed (part) | 09/13/17 | J | | |
| 85. (g) Vanguard Target Retirement 2040 Inv | A | Dividend | J | T | Buy (add'l) | 03/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Distributed (part) | 09/13/17 | J | | |
| 87. (h) T.Rowe Price Instl High Yield | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 88. (i) Vanguard Balanced Index Fund-Admiral | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 89. | | | | | | | | | |
| 90. Common Stock Minerals - TRC Energy Co., Inc (100% Owner) | E | Royalty | N | T | | | | | See note in Part VIII |
| 91. NYLIAC Variable Universal Life, New York Life Ins. Co. | | None | J | W | | | | | |
| 92. BerenCorp, Alex 1-1, Pittsburg Co., OK Mineral Royalty | | None | J | W | | | | | |
| 93. Newfield Expl. Inc, Newberry 11-2, Atoka Co, OK Mineral Work | A | Royalty | J | W | | | | | |
| 94. BP America, Wilkinson #1, Pittsburg Co, OK Mineral Int | A | Royalty | J | W | | | | | |
| 95. BP America, Ellis 1-8, Pittsburg Co, OK Mineral Royalty | | None | J | W | | | | | |
| 96. Briar Oil & Gas LLC, Holloway 1-24, Pittsburg Co, OK Mineral Interest | A | Royalty | J | W | | | | | See note in Part VIII |
| 97. BP America, Lesli 1-24, Pittsburg Co, OK Min Int | A | Royalty | J | W | | | | | |
| 98. Billy Jack Sharper Oper, West 1-23, Okmulgee Co, OK Min Int | | None | J | W | | | | | |
| 99. Billy Jack Sharper Oper, West 2-23, Okmulgee Co, OK Min Int | | None | J | W | | | | | |
| 100. Billy Jack Sharper Oper, West 3-23, Okmulgee Co, OK Min Int | | None | J | W | | | | | |
| 101. USG Energy Gas Producer, White 1-25, Pittsburg Co, OK Min Int | | None | J | W | | | | | See note in Part VIII |
| 102. USG Energy Gas Producer, Mr Bryan 1-25, Pittsburg Co OK Min | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. USG Energy Gas Producer, Thomas 1-25, Pittsburg Co OK, Min Int | A | Royalty | J | W | | | | | |
| 104. USG Energy Gas Producer, Riley 1-25, Pittsburg Co OK, Min Int | | None | J | W | | | | | |
| 105. Bravo Arkoma, LLC, Simmons 1-8, Pittsburg Co, OK Min Int | A | Royalty | J | W | | | | | See note in Part VIII |
| 106. Derrick Resources, Inc, West 1-23, Okmulgee Co, OK Min Int | | None | J | W | | | | | |
| 107. Vanguard Natural Gas LLC, Bass 26-1H, Pittsburg Co, OK Min | A | Royalty | J | W | | | | | |
| 108. First Family Federal Credit Union | A | Interest | L | T | | | | | |
| 109. First National Bank & Trust Co. of McAlester | | None | K | T | | | | | |
| 110. MetLife Policyholder | A | Dividend | J | T | | | | | |
| 111. | | | | | | | | | |
| 112. J.P Morgan, Investment Account (X) | | | | | | | | | See note in Part VIII |
| 113. (a) American Investment Co of America | B | Dividend | L | T | | | | | |
| 114. (b) AT&T Inc | A | Dividend | J | T | | | | | |
| 115. (c) Exxon Mobil Corp | B | Dividend | K | T | | | | | |
| 116. (d) JPMorgan Chase & Co | A | Dividend | K | T | | | | | |
| 117. (e) McDonald's Corp | A | Dividend | K | T | | | | | |
| 118. (f) Microsoft Corp | A | Dividend | J | T | | | | | |
| 119. (g) Wal-Mart Stores Inc | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. (h) Cash account | A | Interest | J | T | | | | | |
| 121. | | | | | | | | | |
| 122. J.P. Morgan, TOD (X) | | | | | | | | | |
| 123. (a) Hartford Capital Apprec Fd Cl F | D | Dividend | L | T | Buy (add'l) | 12/19/17 | J | | |
| 124. (b) JPMorgan Tax Awr Eqty-I | A | Dividend | K | T | | | | | |
| 125. (c) JPMorgan US L/C Core Pl-R6 | A | Dividend | J | T | Buy (add'l) | 12/14/17 | J | | |
| 126. (d) Neuberger Ber Mu/C Opp-Ins | A | Dividend | K | T | Buy (add'l) | 12/18/17 | J | | |
| 127. (e) SPDR S&P 500 ETF Trust | D | Dividend | N | T | | | | | |
| 128. (f) Artisan International Fund | A | Dividend | L | T | | | | | |
| 129. (g) Hartford Int'l Val Fd - Cl F | C | Dividend | L | T | Buy (add'l) | 12/19/17 | J | | |
| 130. (h) iShares MSCI EAFE Index Fund | C | Dividend | M | T | | | | | |
| 131. (i) iShares Core MSCI Europe | B | Dividend | L | T | | | | | |
| 132. (j) iShares Inc MSCI Japan New | A | Dividend | K | T | | | | | |
| 133. (k) JPMoragan Gl Res Enh IDX-R6 | B | Dividend | L | T | | | | | |
| 134. (l) Cash account | A | Interest | M | T | | | | | |
| 135. (m) Dodge & Cox Income Fd | C | Dividend | M | T | Buy (add'l) | 12/21/17 | J | | |
| 136. (n) JPM Unconstrained Debt-R6 | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. (o) JPMorgan Interm T/F Bnd-R6 | D | Dividend | N | T | | | | | |
| 138. (p) JPM Shrt-Int Muni Bnd-I | B | Dividend | M | T | | | | | |
| 139. (q) JPMorgan Tax Awr R/R-R6 | C | Dividend | L | T | Buy (add'l) | 12/14/17 | J | | |
| 140. (r) Doubleline Totl Ret Bnd-I | C | Dividend | M | T | | | | | |
| 141. (s) PIMCO Fd Pac Inv Mgmt Series | D | Dividend | M | T | | | | | |
| 142. (t) Blackrock National Muni-Br | D | Dividend | N | T | Buy (add'l) | 12/11/17 | J | | |
| 143. (u) Goldman Sachs Emrg Mkt Dbt-I | B | Dividend | K | T | | | | | |
| 144. (v) John Hancock Inc Fd-R6 | B | Dividend | L | T | | | | | |
| 145. | | | | | | | | | |
| 146. J.P. Morgan, IRA (X) | | | | | | | | | |
| 147. (a) Fidelity 500 Index FD-Ai | B | Dividend | L | T | | | | | |
| 148. (b) John Hancock Lrf CP Core - R6 | A | Dividend | J | T | | | | | |
| 149. (c) Touchstone Large Cap-Inst | A | Dividend | J | T | | | | | |
| 150. (d) Dodge & Cox Intl Stock Fd | A | Dividend | J | T | | | | | |
| 151. (e) Ishares MSCI Eafe Intl Index Fd Cl K | A | Dividend | K | T | | | | | |
| 152. (f) MFS Intl Value-R6 | A | Dividend | J | T | | | | | |
| 153. (g) T Rowe Pr Overseas Stock-I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. (h) Brown Adv Japan Alpha Opp-IS | A | Dividend | J | T | | | | | |
| 155. (i) JPMorgan Gl Res Enh Idx-R6 | A | Dividend | K | T | | | | | |
| 156. (j) Cash account | A | Interest | K | T | | | | | |
| 157. (k) Harbor High Yield Bond-Inst | A | Dividend | J | T | | | | | |
| 158. (l) Dodge & Cox Income Fd | A | Dividend | J | T | | | | | |
| 159. (m) JPM Unconstrained Debt-R6 | A | Dividend | J | T | | | | | |
| 160. (n) JPMorgan Inflatn Mgd Bnd-R6 | A | Dividend | J | T | | | | | |
| 161. (o) Metropolitan West T/R Bd-Pln | A | Dividend | J | T | | | | | |
| 162. (p) Vanguard Total Bond Market Index | A | Dividend | K | T | | | | | |
| 163. (q) Lord Abbett Shrt Dr Inc-F3 | A | Dividend | J | T | | | | | |
| 164. (r) Vanguard Total Intl Bnd-Adm | A | Dividend | K | T | | | | | |
| 165. (s) T Rowe Pr Emerg Mkts Bnd-I | A | Dividend | J | T | | | | | |
| 166. | | | | | | | | | |
| 167. American Funds retirement plan (X) | | | O | T | | | | | |
| 168. Sentinel Investments, common stock (X) | A | Dividend | J | T | | | | | |
| 169. Baxter International, Inc., common stock (X) | A | Dividend | J | T | | | | | |
| 170. Edwards Lifesciences Corporation, Inc., common stock (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Southern Company, common stock (X) | A | Dividend | J | T | | | | | |
| 172. Shire PLC, common stock (X) | A | Dividend | J | T | | | | | |
| 173. Touchstone Investments, common stock (X) | B | Dividend | J | T | | | | | |
| 174. Apache Corporation, Allen Ranch #1-2, Caddo Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 175. Chesapeake Operating, LLC, Hinton 1, Caddo Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 176. Eagle Oil & Gas Co., Nichols Hills 1-5, Oklahoma Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 177. Gulfport Midcon LLC,Boartwright 2, Grady Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 178. Rebellion Energy LLC, Drummond, S.A., Grady Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 179. New Dominion, LLC, Speer #1-20H, Seminole Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 180. New Dominion, LLC, Alexander, Seminole Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 181. New Dominion, LLC, CREECH #1-36, Seminole Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 182. New Dominion, LLC, Marin 1-36, Seminole Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 183. Scissortail Energy LLC, Rainwater, Seminole Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 184. Sheridan Production, Troini A, Grady Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 185. Silver Creek, Space Needle 17-2H, Hughes Co, OK Min Int (X) | | None | J | W | | | | | |
| 186. Sunoco Partners, Ward #1, Pottawatomie Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 187. Sunoco Partners, NW Butner Senora, Seminole Co, OK Min Int (X) | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Sunoco Partners, Sand Creak Earlsboro, Seminole Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 189. Tapstone Energy, Weber #1-2, Caddo Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 190. Tapstone Energy, Anita Sue #1-2, Caddo Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 191. Tapstone Energy, Allen Ranch #1-2, Caddo Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 192. Tapstone Energy, Eugene #1-2, Caddo Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 193. Tapstone Energy, Irene #1-2, Caddo Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 194. Tapstone Energy, Carolyn #2-2, Caddo Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 195. Vitruvian II Woodford, IRA Boatwright 2, Grady Co, OK Min Int (X) | A | Royalty | J | W | | | | | |
| 196. USG Energy, Sadie 1, Hughes Co, OK Min Int (X) | D | Royalty | J | W | | | | | |
| 197. USG Energy, Sadie 2, Hughes Co, OK Min Int (X) | D | Royalty | J | W | | | | | |
| 198. USG Energy, Sadie 3, Hughes Co, OK Min Int (X) | D | Royalty | J | W | | | | | |
| 199. USG Energy, Sadie 4, Hughes Co, OK Min Int (X) | D | Royalty | J | W | | | | | |
| 200. USG Energy, Sadie 5, Hughes Co, OK Min Int (X) | D | Royalty | J | W | | | | | |
| 201. Mineral Interest, Hughes Co, OK (X) | | None | J | W | | | | | |
| 202. Mineral Interest, 2.0 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 203. Mineral Interest, 1.25 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 204. Mineral Interest, 5.0 acres Seminole Co, OK (X) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Mineral Interest, 0.517241 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 206. Mineral Interest, 0.31250 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 207. Mineral Interest, 1.33333 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 208. Mineral Interest, 5 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 209. Mineral Interest, 1.66667 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 210. Mineral Interest, 1.666667 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 211. Mineral Interest, 2.5 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 212. Mineral Interest, 1.68708 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 213. Mineral Interest, 1.66665 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 214. Mineral Interest, 5.00 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 215. Mineral Interest, 5.834 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 216. Mineral Interest, 5.00 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 217. Mineral Interest, 1.614348 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 218. Mineral Interest, 4.210528 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 219. Mineral Interest, 5.0 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 220. Mineral Interest, 3.125 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 221. Mineral Interest, 8.020833 acres Seminole Co, OK (X) | | None | J | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 07/11/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Mineral Interest, 0.50 acres Seminole Co, OK (X) | | None | J | W | | | | | |
| 223. Bank of America cash account (X) | A | Interest | M | T | | | | | |
| 224. Banc First cash account (X) | A | Interest | M | T | | | | | |
| 225. USAA Federal Savings Bank cash account (X) | A | Interest | L | T | | | | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

Line 35: The investment was transferred on 05/17/17 to a new LPL Investment account line 58.

Line 36: The investment was transferred on 05/17/17 to a new LPL Investment account line 60.

Line 37: The investment was transferred on 05/17/17 to a new LPL Investment account line 61.

Line 38: The investment was transferred on 05/17/17 to a new LPL Investment account line 59.

Line 58: The investment was transferred into this new LPL Investment account on 05/17/17 from line 35.

Line 59: This investment was transferred into this new LPL Investment account on 05/17/17 from line 38.

Line 60: This investment was transferred into this new LPL Investment account on 05/17/17 from line 36.

Line 61: This investment was transferred into this new LPL Investment account on 05/17/17 from line 37.

Line 75: Investment name changed from BlackRock to iShares 03/01/17.

Line 90: Royalty income is received by TRC Energy Co. from the following companies for mineral interests held in the counties listed:

ATLS Production Co., LLC, Leflore & Haskell Counties, OK
Bear Productions, Inc., Haskell County, OK
Beren Corporation, Pittsburg County, OK
BlueWater Resources, Inc. (acquired wells from Chesapeake Operating, Inc.), Coal County, OK; Leflore County, OK; Pittsburg County, OK
BP America Production Company, Pittsburg County, OK; Haskell County, OK; Coal County, OK
Bravo Arkoma, LLC, Haskell County, OK; Pittsburg County, OK(X)
BRG Energy, Inc., Pittsburg County, OK
Brower Oil & Gas, Pittsburg County, OK
Canann Resources, LLC, Pittsburg County, OK
Chesapeake Operating, Inc.(wells now operated by Blue Water Resources, Inc.), Coal County, OK; Leflore County, OK; Pittsburg County, OK
Continental Operating Co., Pittsburg County, OK
Continental Resources, Inc., Carter County, OK (X)
Davis Operating Company, Pittsburg County, OK ( (Y) No activity since 2010)
DLKB Operating LLC, (acquired well from Rio Vista Penny, LLC) Pittsburg County, OK; McIntosh County, OK
Earlsboro Energies Corporation, Pittsburg County, OK
EOG Resources, Inc., Atoka County, OK ( (Y) No activity since 2012)
Forge Energy, LLC(acquired wells from Shell Western E&P), Winkler, TX
LR Energy, Inc., Haskell County, OK
Mark L. Shidler, Inc., Pittsburg County, OK
MFP Petroleum Ltd., Partnership, Pittsburg County, OK
Newfield Exploration Mid-Continent, Inc., Pittsburg County, OK; Atoka County, OK(X); Coal County, OK(X)
Penn Virginia MC Energy, LLC, Pittsburg County, OK ( (Y) No activity since 2012)
R.D. Williams and Company, Carter County, OK ( (Y) No activity since 2008)
Redbud E & P, Inc., Leflore County, OK; Pittsburg County, OK
Rio Vista Penny, LLC, (well now operated by DLKB Operating LLC) McIntosh County, OK
Sedna Energy, Inc., Haskell County, OK; Pittsburg County, OK(X)
Shell Western E&P (wells now operated by Forge Energy, LLC), Winkler, TX
Stephens Production Company, Sequoyah County, OK; LeFlore County, OK (X)
Tilford Pinson Exploration, LLC, Pittsburg County, OK
Trinity Operating, (wells now operated by USG Energy Gas Producer Holdings LLC) Pittsburg County, OK: Atoka County, OK
Unimark LLC, Pittsburg County, OK
USG Energy Gas Producer Holdings LLC (acquired wells from Trinity Operating) Pittsburg County, OK; Atoka County, OK
Vanguard Permian, LLC, Pittsburg County, OK
WPX Energy Mid-Continent Company, Haskell County, OK ( (Y) No activity since 2013)
XOG Operating, LLC, Haskell County, OK
XTO Energy, Inc., Pittsburg County, OK; Leflore County, OK
Yale Oil Association, Inc., Pittsburg County, OK
Zeiders Bros Oil Gas Company, LLC, Pittsburg County, OK( (Y) No activity since 2013)
ZZ Energy LLC, Haskell County, OK

Line 96: Well formerly operated by BP America is now operated by Briar Oil & Gas LLC.

Lines 101-104: Wells formerly operated by Trinity Operating are now operated by USG Energy Gas Producer Holdings LLC.

| Name of Person Reporting | Date of Report |
|---|---|
| Cornish, Tom R. | 07/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 105: Wells formerly operated by Sedna Energy are now operated by Bravo Arkoma, LLC.

Line 112-225: Judge Cornish was married in October 2017. The following investments are owned by his spouse.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tom R. Cornish**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544